**98–378.  Cincinnati Bar Assn. v. Haas.**

Reported at 84 Ohio St.3d 85, 702 N.E.2d 59.  On motion for reconsideration.  Motion denied.  LUNDBERG STRATTON, J., dissents.

*Thursday, January 21, 1999*

## MOTION DOCKET

**98–217.  State v. Uskert.**

Ashland App. No. 97COA01219.  This cause is pending before the court as an appeal from the Court of Appeals for Ashland County.  Upon consideration of appellant's motion for admission *pro hac vice* of Edward B. Foley by Betty D. Montgomery,

IT IS ORDERED by the court that the motion for admission *pro hac vice* be, and hereby is, granted.